In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-04-540 CR


____________________



JOHN THEODORE MCELROY, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 9th District Court


Montgomery County, Texas


Trial Cause No. 04-03-02184 CR






MEMORANDUM OPINION (1)


 We have before the Court a motion from the appellant, John Theodore McElroy,
to withdraw his notice of appeal pursuant to Tex. R. App. P. 42.2. The motion is signed
by appellant personally. No opinion has issued in this appeal. The motion is granted and
the appeal is therefore dismissed.

 APPEAL DISMISSED.

 PER CURIAM

Opinion Delivered June 29, 2005

Do Not Publish

Before McKeithen, C.J., Gaultney and Kreger, JJ.
1. Tex. R. App. P. 47.4.